UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Michael S. & Susan N. Tirikos** | § | 18-04459 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 10/24/2018 |

### APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $1658.53 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

### See Attached Statements

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the Second application for compensation and reimbursement of expenses. The total fees requested in this application are $1624.50; the total costs advanced requested are $34.03. The fees requested and approved in this matter to date are as follows:

| **Fees Requested** | **Costs Requested** | **Fees Awarded** | **Costs Awarded** | **Date of Order** |
|---|---|---|---|---|
| 3,650.00 | 0.00 | 3,200.00 | 0.00 | 4/20/2019 |
| 3,632.00 | 47.00 | 3,632.00 | 47.00 | 1/28/2020 |

Approved fees and expenses remain unpaid in the amount of $_0.00_.
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $1658.53, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 7/30/2021

/s/
Jeffrey D. Mapes (P70509)
Mapes Law Offices
Attorney for Debtor(s)
29 Pearl St NW Suite 305
Grand Rapids, MI 49503
(616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Michael S. & Susan N. Tirikos** | § | 18-04459 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 10/24/2018 |

Fees & Expenses Previously Requested:  $7329.00
Fees & Expenses Previously Awarded:   $7329.00


NAME OF APPLICANT:        Mapes Law Offices
ROLE IN THIS CASE:        Attorney for Debtor(s)

CURRENT APPLICATION:      Fees Requested:     $1624.50
                          Expenses Requested: $34.03

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| **Attorneys:** | | | |
| Jeffrey D. Mapes | 1.10 | $275.00* | $302.50 |
| George J. George | 5.10 | $220.00 | $1122.00 |
| **Paraprofessionals:** | | | |
| Keaton F. Kolbe | 1.20 | $125.00 | $150.00 |
| Jeffrey A. Radike | 0.40 | $125.00 | $50.00 |

TOTAL HOURS BILLED:  6.20
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

## Law Office of Jeffrey Mapes

29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
United States

# INVOICE

Invoice # 452
Date: 07/30/2021
Due On: 08/29/2021

Michael Steven Tirikos
49562 Jasmine Way
Matawan, MI 49071

### 18-04459

## Tirikos, Michael & Susan

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/23/2020 | KFK | Review/Respond to client email re ACH payments. | 0.20 | $125.00 | $25.00 |
| 01/27/2020 | KFK | Draft Affidavit of No Objection and upload to ECF re: Fee Application | 0.10 | $125.00 | $12.50 |
| 03/23/2020 | GJG | Review new income docs, compare to schedules, calculate payments needed for dividend. Prepare for meeting. | 0.60 | $220.00 | $132.00 |
| 03/23/2020 | GJG | Phone appt with clients. Discuss income and payments. Email clients re docs needed and next steps. | 0.50 | $220.00 | $110.00 |
| 06/26/2020 | KFK | Review MTD, email clients and GJG. | 0.10 | $125.00 | $12.50 |
| 06/26/2020 | GJG | Draft Annual review statement, email clients, email kfk. | 0.40 | $220.00 | $88.00 |
| 07/02/2020 | KFK | Review and respond to client email re MTD. | 0.20 | $125.00 | $25.00 |
| 07/09/2020 | GJG | Reviewed and Responded to client's email re: extending plan with CARES act | 0.30 | $220.00 | $66.00 |
| 09/16/2020 | KFK | Review MTD, email client and GJG, calendar dates. | 0.10 | $125.00 | $12.50 |
| 09/21/2020 | GJG | Tax return review: Review 2019 tax returns and compare to Schedule I. Delegated to KFK to redact and upload returns. | 0.30 | $220.00 | $66.00 |
| 10/14/2020 | GJG | Draft/File Documents: Draft and file response to Trustee's motion to dismiss | 0.40 | $220.00 | $88.00 |
| 01/29/2021 | KFK | Tee's MTD - feasibility/arrears, emailed clients re: MTD | 0.10 | $125.00 | $12.50 |
| 02/05/2021 | GJG | Phone Appt.: Phone appt to touch base re trustee's motion to dismiss. Debtor believes he can get caught up once PPP and grants come through later this month. | 0.40 | $220.00 | $88.00 |

Invoice # 452 - 07/30/2021

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Set follow up for an update on receipt of funds. | | | |
| 02/22/2021 | GJG | Draft/File Documents: Draft and file response to trustee's motion to dismiss | 0.30 | $220.00 | $66.00 |
| 03/01/2021 | GJG | Email communication with client: Respond to client email re CARES act extension | 0.20 | $220.00 | $44.00 |
| 03/02/2021 | GJG | Email communication with client: Draft CARES act amendment and email to debtors for review. | 0.50 | $220.00 | $110.00 |
| 03/02/2021 | JAR | RE: PPP follow up email | 0.20 | $125.00 | $25.00 |
| 03/03/2021 | GJG | Email communication with client: Respond to client email re will documents be needed for CARES act extension | 0.10 | $220.00 | $22.00 |
| 03/05/2021 | GJG | Draft/File Documents: Draft notice and opportunity, certificate of service for amended plan; prep mailing | 0.20 | $220.00 | $44.00 |
| 03/19/2021 | GJG | Email communication with client: Respond to client email re update on CARES extension | 0.10 | $220.00 | $22.00 |
| 03/29/2021 | JAR | RE: Follow Up | 0.20 | $125.00 | $25.00 |
| 04/05/2021 | KFK | Drafted/filed CONR and proposed order re: 2nd post plan | 0.10 | $125.00 | $12.50 |
| 04/08/2021 | KFK | Emailed client re: amended MTD/pay stubs | 0.10 | $125.00 | $12.50 |
| 04/12/2021 | GJG | Draft/File Documents: Review pay stubs; draft annual review statement; email to debtors for approval/signatures | 0.50 | $220.00 | $110.00 |
| 04/13/2021 | GJG | Email communication with client: Respond to client email, answered questions re stimulus and PPP/SBA funds | 0.10 | $220.00 | $22.00 |
| 05/10/2021 | GJG | Email communication with client: email to clients re missed April payment, motion to dismiss likely to be granted if payments not kept current. | 0.20 | $220.00 | $44.00 |
| 06/16/2021 | JDM | Calculate time remaining in plan, email client. | 0.40 | $275.00 | $110.00 |
| 06/16/2021 | KFK | Reviewed/responded to client's email about time remaining in plan | 0.20 | $125.00 | $25.00 |
| 07/21/2021 | JDM | Reviewed 2020 taxes. AGI and schedules are about the same. No net refunds. | 0.30 | $275.00 | $82.50 |
| 07/30/2021 | JDM | Prepare itemized statement, fee application and related documents. | 0.40 | $275.00 | $110.00 |

**Services Subtotal**     **$1,624.50**

**Expenses**

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 03/05/2021 | Postage-Stamp: Postage for notices re second postconfirmation amended plan | 16.00 | $0.51 | $8.16 |
| 07/30/2021 | Copies for Fee Application | 86.00 | $0.20 | $17.20 |
| 07/30/2021 | Postage for Fee Application | 17.00 | $0.51 | $8.67 |
|  |  |  | **Expenses Subtotal** | **$34.03** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| George J. George | Associate Attorney | 5.1 | $220.00 | $1,122.00 |
| Jeff Mapes | Managing Partner | 1.1 | $275.00 | $302.50 |
| Keaton Kolbe | Non-Attorney | 1.2 | $125.00 | $150.00 |
| Jeff Radike | Non-Attorney | 0.4 | $125.00 | $50.00 |
|  |  |  | **Subtotal** | **$1,658.53** |
|  |  |  | **Total** | **$1,658.53** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 452 | 08/29/2021 | $1,658.53 | $0.00 | $1,658.53 |
|  |  |  | **Outstanding Balance** | **$1,658.53** |
|  |  |  | **Total Amount Outstanding** | **$1,658.53** |

Please make all amounts payable to: Law Office of Jeffrey Mapes

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| **Michael S. & Susan N. Tirikos** | § | 18-04459 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 10/24/2018 |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
| --- | --- | --- | --- |
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $1624.50 | $34.03 | $7,329.00 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 7/30/2021        /s/_____
                                     Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| **Michael S. & Susan N. Tirikos** | § | 18-04459 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 10/24/2018 |

## ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present:   **HON.** Scott W. Dales
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 7/30/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $1658.53. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
| --- | --- | --- | --- | --- |
| 3,650.00 | 0.00 | 3,200.00 | 0.00 | 4/20/2019 |
| 3,632.00 | 47.00 | 3,632.00 | 47.00 | 1/28/2020 |

Leaving a balance of $1658.53 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 49562 Jasmine Way, Matawan, MI 49071; Chapter 13 Trustee, PO Box 51109, Kalamazoo MI, 49005; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Michael S. & Susan N. Tirikos** | § | 18-04459 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 10/24/2018 |

## **CERTIFICATE OF SERVICE**

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 7/30/2021             /s/
                    Jeffrey D. Mapes
                    Mapes Law Offices
                    29 Pearl Street NW, Suite 305
                    Grand Rapids, MI 49503

```
Label Matrix for local noticing        7th District Court                    American Education Services
0646-1                                 1007 E Wells Street                   Payment Center
Case 18-04459-swd                      Box 312                               Harrisburg PA 17130-0001
Western District of Michigan           South Haven MI 49090-9612
Grand Rapids
Fri Jul 30 12:36:55 EDT 2021

Bank of America                        Barbara Tsatourova                    Bloomingdale Communications
150 N College Street                   PO Box 2878                           PO Box 187
Charlotte NC 28255-0001                Holland MI 49422-2878                 Bloomingdale MI 49026-0187


Borgess Health                         Bronson Healthcare Group              (p)CAINE & WEINER COMPANY
1521 Gull Road                         Dept 771700                           12005 FORD ROAD 300
Kalamazoo MI 49048-1666                PO Box 77000                          DALLAS TX 75234-7262
                                       Detroit MI 48277-2000


Capital One                            Capital One                           Capital One Bank (USA), N.A.
Attn: Bankruptcy                       Attn: General Correspondence/Bankruptcy   PO Box 71083
Po Box 30285                           Po Box 30285                          Charlotte, NC  28272-1083
Salt Lake City UT 84130-0285           Salt Lake City UT 84130-0285


(p)CAVALRY PORTFOLIO SERVICES LLC      (p)JPMORGAN CHASE BANK  N A           Chase Bank USA, N.A.
500 SUMMIT LAKE DR                     BANKRUPTCY MAIL INTAKE TEAM           c/o Robertson, Anschutz & Schneid, P.L.
STE 400                                700 KANSAS LANE FLOOR 01              6409 Congress Avenue, Suite 100
VALHALLA NY 10595-2322                 MONROE LA 71203-4774                  Boca Raton, FL 33487-2853


Citibank                               Consumers Energy                      Directv, LLC
PO Box 6497                            4000 Clay Ave SW                      by American InfoSource as agent
Sioux Falls SD 57117-6497              Grand Rapids MI 49548-3017            4515 N Santa Fe Ave
                                                                             Oklahoma City OK 73118-7901


Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC    (p)FORD MOTOR CREDIT COMPANY
Discover Products Inc                  PO BOX 3025                           P O BOX 62180
PO Box 3025                            NEW ALBANY OH 43054-3025              COLORADO SPRINGS CO 80962-2180
New Albany OH 43054-3025


First Data                             Barbara P. Foley                      Marcy J. Ford
5565 Glenridge                         Chapter 13 Trustee's Office           Trottla P.C.
Connector NE Ste 2000                  P.O. Box 51109                        31440 Northwestern Highway, Ste. 200
Atlanta GA 30342-1335                  Kalamazoo, MI 49005-1109              Farmington Hills, MI 48334-5422


Ford Credit                            George Joseph George                  Indiana Michigan Power
1 American Road                        Mapes Law Offices                     PO Box 2401
Dearborn MI 48126-2701                 29 Pearl St. NW Ste 305               Mattawan MI 49071
                                       Grand Rapids, MI 49503-3019


Internal Revenue Service               Jesse G. Ammerman, Atty.              John D Bradshaw
Centralized Insolvency Unit            213 W. Brown Street                   107 W Michigan Ave.
PO Box 7346                            Iron Mountain MI 49801-2803           Kalamazoo MI 49007-3956
Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| LVNV Funding LLC<br>PO Box 1497<br>Greenville SC 29603-0497 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 |
| Jeffrey D. Mapes<br>Jeffrey D. Mapes, PLC<br>29 Pearl St. NW<br>Suite 305<br>Grand Rapids, MI 49503-3019 | Mary Jo Tzikos<br>15790 Springmill Dr.<br>Mishawaka IN 46545-1600 | McLaren Greater Lansing<br>7220 Solution Center<br>Chicago IL 60677-7002 |
| Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 | Michigan Dept. of Treasury<br>Office of Collections<br>PO Box 30168<br>Lansing MI 48909-7668 |
| (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 | Midland Credit Management Inc.<br>8875 Aero Dr Ste 200<br>San Diego CA 92123-2255 | Midland Funding<br>8875 Aero Drive Ste 200<br>San Diego CA 92123-2255 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | NCB<br>Attn: Bankruptcy<br>One Allied Dr<br>Trevose PA 19053-6945 | Navient<br>PO Box 9640<br>Wilkes Barre PA 18773-9640 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | New Peaks LLC<br>5962 La Place Court<br>Ste 130<br>Carlsbad CA 92008-8807 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PrimeLending<br>PO Box 7404<br>Trenton NJ 08628-6404 | PrimeLending, A PlainsCapital Company<br>Center FSB<br>Attn: Bankruptcy Dept.<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 |
| Robert J. Shefferly<br>Trottla P.C.<br>31440 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334-5422 | Sparrow Health System<br>800 Reliable Parkway<br>Chicago IL 60686-0001 | Spectrum Health<br>PO Box 2207<br>Grand Rapids MI 49501-2207 |
| State of Michigan - Department of Treasury<br>C/O Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909-8254 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Systematic National Co<br>1406 S Santa Fe Ave Ste<br>Vista CA 92084-7283 |
| Systematic National Collection<br>1406 S. Santa Fe Ave. Ste. D<br>Vista CA 92084-7283 | Third Party Withholding Unit<br>Michigan Dept. of Treasury<br>PO Box 30785<br>Lansing MI 48909-8285 | Three Rivers Health<br>701 S Health Parkway<br>Three Rivers MI 49093-9306 |

| | | |
|---|---|---|
| Michael Steven Tirikos<br>49562 Jasmine Way<br>Mattawan, MI 49071-9725 | Susan Nicole Tirikos<br>49562 Jasmine Way<br>Mattawan, MI 49071-9725 | Trott Law<br>31440 Northwestern Hwy. Ste 20<br>Farmington MI 48334-5420 |
| UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 | United States Attorney's Offic<br>330 Ionia Ave. NW<br>Ste. 501<br>Grand Rapids MI 49503-2580 | (p)VELO LAW OFFICE<br>1750 LEONARD ST NE<br>GRAND RAPIDS MI 49505-5636 |
| Weber & Olcese P.L.C.<br>3250 W Big Beaver Road S5e 124<br>Troy MI 48084-2902 | Wells Fargo Bank, N.A.<br>Wells Fargo Education Financial Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Financial Services<br>PO Box 51<br>Sioux Falls SD 57117-5185 |
| Y'OPA Frozen Yogurt LLC<br>165 W. Centre Ave.<br>Portage MI 49024-5335 | James Alan Ziehmer<br>Michigan Department of Attorney General<br>PO Box 307<br>Lansing, MI 48909-8254 | Zwicker and Associates, P.C.<br>320 E Big Beaver Road Ste 100<br>Troy MI 48083-1239 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>21210 Erwin St<br>Woodland Hills CA 91367 | Cavalry Portfolio Services<br>PO Box 27288<br>Tempe AZ 85285 | Chase Bank<br>340 S. Cleveland Ave. 370<br>Westerville OH 43081 |
| Discover Financial Services<br>PO Box 1534<br>Wilmington DE 19850 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 62180<br>Colorado Springs, CO 80962-4400 | Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 |
| Portfolio Recovery<br>140 Corporate Blvd.<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Velo Law Office<br>1750 Leonard Street NE<br>Grand Rapids MI 49505 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cap1Autoby | (u)Ford Motor Credit Company LLC | (u)PrimeLending, A PlainsCapital Company |

```
(d)United States Trustee              End of Label Matrix
The Ledyard Building, 2nd Floor       Mailable recipients    71
125 Ottawa NW, Suite 200R             Bypassed recipients     4
Grand Rapids, MI 49503-2837           Total                  75
```